In the Matter of the Probate of the Will of DAVID F. BECK, Deceased; GEORGE B. OWEN, as Executor, and FRANCIS A. McCLOSKEY, Special Guardian, Appellants; HELEN KAY et al., Respondents.

*Matter of Beck,* 6 App. Div. 211, affirmed.
(Argued October 19, 1897; decided November 23, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 9, 1896, which affirmed a decree of the surrogate of Kings county admitting a will to probate and allowing costs payable out of the estate. The executor appeals from so

much of the order as allows costs; the special guardian from so much of the same as affirms the decree of the surrogate.

*Robert Stewart* for special guardian, appellant, and for Helen Kay et al., respondents.

*George Carlton Comstock* for executor appellant.

Order affirmed on opinion below, without costs to either party.

All concur.